ACCEPTED
09-17-00120-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 9:33 AM
CAROL ANNE HARLEY
CLERK

## NO. 09-17-00120-CR

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 9:33:29 AM
CAROL ANNE HARLEY
Clerk

| | | |
|---|---|---|
| **CODY AARON DEROCHE** | * | **IN THE COURT OF APPEALS** |
| **Appellant** | * | |
| | * | |
| **VS.** | * | **NINTH DISTRICT OF TEXAS** |
| | * | |
| **THE STATE OF TEXAS,** | * | |
| **Appellee** | * | **BEAUMONT, TEXAS** |

## STATE'S MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the State of Texas, Appellee, by and through its Assistant District Attorney of Orange County, Texas, Michael S. Marion, and files this State's Motion for Extension of Time to File Brief and in support thereof would show the Court the following:

1. Name of Trial Court:    260th District Court
   Orange County, Texas

2. Trial Court Style:    Cause No. D070792-R
   STATE OF TEXAS V. CODY AARON DEROCHE

3. Offense:    Motion to Revoke Probation
   Failure of Sex Offender to Comply with Registration

4. Present Filing Deadline:    December 13, 2017

5. Length of extension required:    Thirty (30) days

6. Number of previous extensions:  None

7. Good cause of this extension is as follows:

Attorney has been displaced from his office due to damages caused by Hurricane Harvey and is still working out of a temporary location. As a result necessary closed files and documents have been more difficult to locate. Attorney also had to prepare for and try a Felony

Escape case, cause number D170351-R which trial occurred yesterday, December 11, 2017 in the 260 District Court, Orange County, Texas.

WHEREFORE, premises considered, the undersigned counsel respectfully files this Motion before the filing deadline and moves for the requested extension.

Respectfully submitted,
MICHAEL S. MARION
ASSISTANT DISTRICT ATTORNEY

/s/ *Michael S. Marion*_____
MICHAEL S. MARION
ASSISTANT DISTRICT ATTORNEY
ORANGE COUNTY COURTHOUSE
ORANGE, TEXAS 77630
(409) 883-6764
STATE BAR#24048990
ATTORNEY FOR THE STATE

CERTIFICATE OF SERVICE

I, Michael S. Marion, Assistant District Attorney for Orange County, Texas, do hereby certify that a true and correct copy of the foregoing State's Motion for Extension of Time to File the State's Brief has been served on the Appellant by sending a copy via efile to Jamie Matuska, 2809 Highway 69 North, Nederland, Texas 77627, on this the 12th day of December 2017.

/s/ *Michael S. Marion*
MICHAEL S. MARION

## NO. 09-17-00120-CR

| | | |
|---|---|---|
| **CODY AARON DEROCHE** | * | **IN THE COURT OF APPEALS** |
| **Appellant** | * | |
| | * | |
| **VS.** | * | **NINTH DISTRICT OF TEXAS** |
| | * | |
| **THE STATE OF TEXAS,** | * | |
| **Appellee** | * | **BEAUMONT, TEXAS** |

## <u>ORDER</u>

On this the _____ day of _____, _____, came to be heard the State's

Motion for Extension of Time to File Brief in the above styled and numbered cause, and after

due consideration of same finding that good cause exists for the granting of same;

IT IS ORDERED, ADJUDGED and DECREED by the court that the time for filing

State's brief shall be extended to and including _____, 2017.

SIGNED this _____ day of _____, 2017.


_____
JUDGE PRESIDING